UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL ROGAN<br>    **Plaintiff**<br><br>V.<br><br>WELTMAN, WEINBERG & REIS CO., L.P.A.<br>    **Defendant** | CIVIL ACTION<br><br><br><br><br>FEBRUARY 3, 2011 |

## COMPLAINT

1. This action is for violation of Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.*

2. Plaintiff, Michael Rogan, is a natural person residing in Berlin, Connecticut and is a consumer as defined by the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692a(3).

3. The defendant, Weltman, Weinberg & Reis Co., L.P.A.("WW&R"), is a Professional Corporation with a principal place of business in Ohio and is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. §§ 1331, 1367, and 1337.

5. This Court has jurisdiction over WW&R because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

7. Plaintiff owed a consumer debt (the "Debt") that was assigned to WW&R for collection purposes.

8. WW&R began contacting Plaintiff in an attempt to collect the Debt.

9. On or around December 29, 2010, WW&R called Plaintiff's home and left a message on his home answering machine; that message failed to state that the communication was from a debt collector.

10. On or around January 6, 2011, a WW&R representative referring to herself as Shannon called Plaintiff's home and left a message on his answering machine that failed to state it was a communication from a debt collector.

11. On or around January 8, 2011, a WW&R representative referring to himself as Mr. Haynes called Plaintiff's home and left a message on his answering machine that failed to state it was a communication from a debt collector.

12. On or around January 10, 2011, a WW&R representative referring to herself as Tina called Plaintiff's home and left a message on his answering machine that failed to state it was a communication from a debt collector.

13. WW&R violated the FDCPA.

WHEREFORE, the Plaintiff seeks recovery of statutory damages, attorney's fees and costs pursuant to 15 U.S.C. § 1692k.

**PLAINTIFF, MICHAEL ROGAN**

By: _____
Daniel S. Blinn, ct02188
Matthew W. Graeber, ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408; Fax. (860) 571-7457